ROLAND JONES SHANKLAND MARSH and Another, Infants, by EVERETT F.
WARRINGTON, Their Guardian ad Litem, Respondents, v. ROLAND D. J.
RAUGHT, an Infant, by DREW W. HAGEMAN, His Guardian ad Litem,
Appellant, Impleaded with IRVING WOODWORTH and THE COMMERCIAL
TRUST COMPANY OF NEW YORK, as Trustees, etc., and NETTIE RAUGHT,
Respondents.

Appeal from a judgment of the Supreme Court, entered in the New York
county clerk's office April 10, 1918, upon a decision after trial at Special
Term, construing the will of Roland D. Jones, deceased.

PER CURIAM: The judgment is affirmed, with costs to all parties appear-
ing separately and filing briefs herein, payable out of the estate. In so
affirming, however, we do not pass upon the question as to whether the
remainder may be subject to being opened to let in any after-born Raught
children, as that question was not raised below and is not now before us
for consideration. Present — Clarke, P. J., Laughlin, Dowling, Smith and
Merrell, JJ. Judgment affirmed, with costs to all parties separately
appearing and filing briefs herein, payable out of the estate.

———

PATRICK RYAN, Appellant, v. CARNEGIE TRUST COMPANY, Respondent.
(Action No. 2.) — Judgment and order affirmed, with costs. No opinion.
Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ANNIE RAPPAPORT, Respondent, v. LENA WILLIAMSON, Appellant,
Impleaded with Another.— Judgment and order reversed and new trial
ordered, with costs to appellant to abide event, on the ground that the verdict
is against the weight of the evidence. Present — Clarke, P. J., Dowling,
Smith, Page and Shearn, JJ.

FANNY MILLER, as Administratrix, etc., Respondent, v. METROPOLITAN
DISTRIBUTORS and Others, Impleaded with CHARLES H. WEIGLE and
Another, Engaged in Trade as the METROPOLITAN DYE WORKS, Appellants.
— Judgments and orders affirmed, with costs. No opinion. Present —
Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THOMAS MCILVAINE TURNER, Appellant, v. MARGARET W. TURNER,
Respondent.— Judgment so far as appealed from affirmed, with costs.
No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PERRY WEINSTEIN and Others, Stockholders in the AMERICAN CIGAR
AND SODA WATER SYNDICATE, INC., on Behalf of Themselves and
Other Stockholders, etc., Respondents, v. HYMAN LEIBOWITZ and Others,
Individually and as Directors of AMERICAN CIGAR AND SODA WATER SYNDI-
CATE, INC., Appellants.— Order affirmed, with ten dollars costs and dis-
bursements, with leave to defendants to withdraw demurrer and to answer
on payment of said costs and ten dollars costs of motion at Special Term.
No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.